**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **YAKUBI,** | |
| **Petitioner,** | |
| **v.** | **Civil Action No.  08-1229 (JDB)** |
| **BARACK OBAMA, et al.,** | |
| **Respondents.** | |

## ORDER

Upon consideration of respondents' notice of transfer of petitioner Yakubi filed August 1, 2008, appointed counsel's representation in his filing dated August 22, 2008 stating that he has not been able to meet or communicate with petitioner, appointed counsel's filing on February 11, 2009 agreeing that this case should be dismissed, and the entire record herein, it is hereby **ORDERED** that petitioner's habeas petition is **DISMISSED**.

    **SO ORDERED.**

/s/
_____
JOHN D. BATES
United States District Judge

Dated:   February 11, 2009